**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ELTON LYDELL SEALS,<br><br>　　　　Petitioner,<br><br>　v.<br><br>CALIFORNIA DEPT. CORR. REH.,<br><br>　　　　Respondent. | NO. CV 10-01485-ODW (MAN)<br><br><br>JUDGMENT |

Pursuant to the Court's Order: Dismissing Petition Without Prejudice; and Denying Certificate of Appealability,

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice, for failure to exhaust available state remedies.

DATED: March 5, 2010.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　OTIS D. WRIGHT, II
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE